LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (415) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Lance Wright

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Lance Wright,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Federal Bonding Collection Agency; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:09-cv-02632-PJH<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Date: October 16, 2009<br>Time: 2:30 P.M.<br>Judge: Hon. Phyllis J. Hamilton |

The Court hereby grants the request of both parties to continue the Scheduling Conference for 30 days. The case management conference is continued to 12/3/09 at 2:30 p.m.

IT IS SO ORDERED

Date: 10/14/09

_____
Honorable Phyllis J. Hamilton

*[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*

---

Case No. 3:09-CV-02632　　　　1　　　[PROPOSED] ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE

CERTIFICATE OF SERVICE

I, Lara Shapiro, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within cause. My business address is 4145 Via Marina # 324, Marina del Rey, CA 90292.

On September 9, 2009, I served the following document(s) on the parties in the within action:

[PROPOSED] ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE

XX   VIA ELECTRONIC SERVICE: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following:

Kimberly E. Lewellen

Ellis, Coleman, Poirier, Lavoie & Steinheimer LLP

555 University Ave., Suite 200 East

Sacramento, CA 95825

*Attorney for Defendant Federal Bond & Collection Service*

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on September 9, 2009.

By:   /s/ Lara Shapiro
Lara Shapiro