LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (415) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Lance Wright

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| Lance Wright, | Case No.: 4:09-cv-02632-PJH |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER DISMISSING COMPLAINT** |
| vs. | |
| Federal Bonding Collection Agency; and DOES 1-100, inclusive, | |
| Defendants. | |

The Court hereby dismisses the case with prejudice pursuant to stipulation of the parties.

IT IS SO ORDERED

Date: 10/19/09

_____
Hon. Judge Phyllis J. Hamilton

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

CERTIFICATE OF SERVICE

I, Lara Shapiro, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within cause. My business address is 4145 Via Marina # 324, Marina del Rey, CA 90292.

On October 16, 2009, I served the following document(s) on the parties in the within action:

[PROPOSED] ORDER DISMISSING COMPLAINT

XX   VIA ELECTRONIC SERVICE: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following:

Kimberly E. Lewellen

Ellis, Coleman, Poirier, Lavoie & Steinheimer LLP

555 University Ave., Suite 200 East

Sacramento, CA 95825

*Attorney for Defendant Federal Bond & Collection Service*

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 16, 2009.

By:   /s/ Lara Shapiro
Lara Shapiro